IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-117-FDW-DCK

| | |
|---|---|
| DOYLE DICKERSON TERRAZZO, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BRANCH & ASSOCIATES, INC., and HARTFORD FIRE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by Robert C. deRosset, concerning K. Brett Marston on July 25, 2018. Mr. K. Brett Marston seeks to appear as counsel *pro hac vice* for Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) is **GRANTED.** Mr. K. Brett Marston is hereby admitted *pro hac vice* to represent Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company.

**SO ORDERED**.

Signed: July 27, 2018

David C. Keesler
United States Magistrate Judge