# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-117-DCK

| | |
|---|---|
| DOYLE DICKERSON TERRAZZO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRANCH & ASSOCIATES, INC., and ) | |
| HARTFORD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay The Proceedings" (Document No. 18) filed February 28, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay the Proceedings" (Document No. 18) is **GRANTED**. This matter is **STAYED** until further Order of this Court.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report on **September 3, 2019**, and every ninety (90) days thereafter until this case is closed, or otherwise ordered by the Court.

**SO ORDERED**.

Signed: February 28, 2019

_____
David C. Keesler
United States Magistrate Judge