IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-117-DCK

| | |
|---|---|
| DOYLE DICKERSON TERRAZZO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRANCH & ASSOCIATES, INC., and ) | |
| HARTFORD FIRE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) filed by Robert C. deRosset, concerning David R. Berry on September 26, 2019. David R. Berry seeks to appear as counsel *pro hac vice* for Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) is **GRANTED.** David R. Berry is hereby admitted *pro hac vice* to represent Defendants Branch & Associates, Inc. and Hartford Fire Insurance Company.

**SO ORDERED**.

Signed: September 26, 2019

David C. Keesler
United States Magistrate Judge